Court of Appeals for the Eighth Circuit denied. *Mr. Wayne Ely* for petitioner. *Mr. David W. Hill* for respondent.

No. 171. SPOKANE, PORTLAND & SEATTLE RY. CO. *v.* COLE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles H. Carey, Charles A. Hart,* and *Charles E. McCulloch* for petitioner. No appearance for respondent.

No. 284. ERIE RAILROAD Co. *v.* STEWART. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. G. A. Foote* and *Benjamin D. Holt* for petitioner. *Messrs. William L. Day* and *Luther Day* for respondent.

No. 136. BOARD OF COUNTY COMMISSIONERS *v.* BRISTOW BATTERY Co. ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Eugene Jordan* for petitioner. No appearance for respondents.

No. 156. TEXAS Co. *v.* WILBUR, SECRETARY OF THE INTERIOR. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. A. Mitchell Palmer, C. B. Ames, Edward M. Freeman,* and *William J. Neale* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson* and *Messrs. Nat M. Lacy* and *Paul D. Miller* for respondent.